PEOPLE v. NEW YORK BUILDING-LOAN BANKING CO. In re MARION'S PETITION. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Appeal from Special Term. Proceedings by the people of the state of New York against the New York Building-Loan Banking Company. Petition by Anna Marion, a stockholder, asking that the receiver of defendant be required to pay petitioner the excess between the amount paid by her to defendant and the amount paid by it on her behalf. From a decree determining the amount due petitioner, she appeals. Modified. Charles R. Hall, for appellant. Charles W. Dayton, for respondent.

PER CURIAM. In accordance with the views expressed in the opinion in People v. N. Y. Building-Loan Banking Co. (Matter of Montague), 92 N. Y. Supp. 62, decided herewith, the order appealed from should be modified, by dismissing the application, and, as so modified, affirmed, without costs.